COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:          Jasmine Laura Maynes v. The State of Texas

Appellate case number:     01-18-00356-CR

Trial court case number:     16-CR-2586

Trial court:                         122nd District Court of Galveston County

On June 25, 2019, the Clerk of this Court issued a notice directing the trial court to prepare and file with this Court a supplemental clerk's record containing the Judgment of Conviction by Court—Waiver of Jury Trial, signed April 4, 2018, in the above-referenced trial court proceeding. The trial court clerk has responded that the requested document is included in the clerk's record filed in this appeal on July 2, 2018. However, the clerk's record filed in this appeal includes the trial court's judgment in trial court case number 16-CR-2585 and **does not include** the judgment in trial court case number 16-CR-2586.

**Accordingly, the trial court clerk is directed to file a supplemental clerk's record containing the Judgment of Conviction by Court—Waiver of Jury Trial in trial court case number 16-CR-2586 within 7 days of the date of this order.** *See* TEX. R. APP. P. 34.5(a)(5), (c)(1), (3).

Judge's signature: /s/ Russell Lloyd
                                ☑ Acting individually      ☐ Acting for the Court

Date:     July 2, 2019